

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| EX PARTE: | § | No. 08-23-00325-CR |
| JUAN MIGUEL RODRIGUEZ-CERDA | § | Appeal from the |
| Appellant. | § | The County Court |
| | § | Of Kinney County, Texas |
| | § | (TC# 10868CR) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order and remand to the trial court for it to grant the writ, address any bond issue as necessary, and dismiss with prejudice the misdemeanor criminal trespass charge against Rodriguez-Cerda. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST 2024.


LISA J. SOTO,


Before Alley, CJ, Palafox and Soto, JJ.